1
2
3
4
5
6
7
8

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| GUILLERMO VILLASENOR, | Case No. 13-2399 PSG(JC) |
|---|---|
| Petitioner, | (~~PROPOSED~~) JUDGMENT |
| v. | |
| DAVID B. LONG, | |
| Respondent. | |

Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

DATED: June 18, 2015

_____
HONORABLE PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE